Debtor 1     Timothy Lane Hornsby & Shiree McNees Hornsby

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   Northern District of Alabama

Case number   1840592

## Official Form 410S1

# Notice of Mortgage Payment Change     12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:**
Wells Fargo Bank, N.A.

**Court claim no.** (if known): 8

| | |
|---|---|
| **Date of payment change:** Must be at least 21 days after date of this notice | 04/01/2019 |
| **New total payment:** Principal, interest, and escrow, if any | $ 1733.73 |

**Last 4 digits** of any number you use to identify the debtor's account:    8   4   1   8

### Part 1:   Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No

   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

   Current escrow payment: $ 269.31       New escrow payment: $ 261.73

### Part 2:   Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☑ No

   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

   Current interest rate: _____ %       New interest rate: _____ %

   Current principal and interest payment: $ _____       New principal and interest payment: $ _____

### Part 3:   Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☑ No

   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   *(Court approval may be required before the payment change can take effect.)*

   Reason for change:

   Current mortgage payment: $ _____       New mortgage payment: $ _____

## Part 4:   Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☑ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/William Paul Barrett _____     Date ___02/28/2019___

    Signature

Print: BARRETT,WILLIAM PAUL _____     VP Loan Documentation _____

     First Name      Middle Name      Last Name        Title

Company _Wells Fargo Bank, N.A._

Address _MAC N9286-01Y_

     Number      Street

_1000 Blue Gentian Road_

     Address 2

_Eagan_            _MN_    _55121-7700_

     City         State     ZIP Code

Contact phone _800-274-7025_        NoticeOfPaymentChangeInquiries@wellsfargo.com

                                                          Email

# UNITED STATES BANKRUPTCY COURT

Northern District of Alabama

Chapter 13 No. 1840592
Judge: James J. Robinson

In re:

Timothy Lane Hornsby & Shiree McNees Hornsby

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that this Notice, including all attachments, is being served on or before March 01, 2019 via filing with the US Bankruptcy Court's CM ECF system and/or by mailing or providing a copy of this document to a vendor for mailing: By U.S. Postal Service First Class Main Postage Prepaid

Debtor:

By U.S. Postal Service First Class Mail Postage Prepaid

Timothy Lane Hornsby & Shiree McNees Hornsby
105 Ridge Top Lane

Springville AL 35146

By U.S. Postal Service First Class Mail Postage Prepaid

N/A

Debtor's Attorney:

By U.S. Postal Service First Class Mail Postage Prepaid

Carla M. Handy
Bond, Botes & Handy, P.C.
PO Box 948

Gadsden AL 35902

By U.S. Postal Service First Class Mail Postage Prepaid

N/A

Trustee:

By U.S. Postal Service First Class Mail Postage Prepaid

Linda Baker Gore
CH 13 Trustee
NON-PAYMENTS: P.O. Box 1338

Gadsden AL 35902

/s/William Paul Barrett

VP Loan Documentation



## Escrow Review Statement
*For informational purposes only*

| | |
|---|---|
| **Statement Date:** | February 11, 2019 |
| **Loan number:** |  |
| **Property address:** | |
| | 105 RIDGE TOP LANE |
| | SPRINGVILLE AL 35146-7514 |

TIMOTHY L HORNSBY
SHIREE M HORNSBY
105 RIDGE TOP LANE
SPRINGVILLE AL 35146

## Customer Service

**Online**
wellsfargo.com

**Correspondence**
PO Box 10335
Des Moines, IA 50306

**To learn more, go to:**
wellsfargo.com/escrow

**Telephone**
1-800-340-0473

**Hours of operation**
Mon - Fri 7 a.m. - 7 p.m. CT

We accept telecommunications relay service calls

*PLEASE NOTE: If you are presently seeking relief (or have previously been granted relief) under the United States Bankruptcy Code, this statement is being sent to you for informational purposes only. The summaries below are based on the terms of the loan and are provided for informational purposes only.*

These amounts are governed by the terms of the loan unless otherwise reduced by an order of the bankruptcy court. Because the amounts billed for the escrow items can change over time, we review the escrow account at least once per year to ensure there will be enough money to make these payments. Once the review is complete, we send the escrow review statement, also known as the escrow account disclosure statement.

Here's what we found:
- **Required minimum balance**: The escrow account balance is projected to be above the required minimum balance. This means there is an **overage**.

If payments required under the bankruptcy plan have not been made, any escrow overage will be held in the escrow account.

- **Payments**: As of the **April 1, 2019** payment, the contractual portion of the escrow payment **decreases**.

> ### The escrow account has an overage of **$174.38**

## Part 1 - Mortgage payment

### New Payment — The new total payment will be **$1,733.73**

| | Previous payment through 03/01/2019 payment date | New payment beginning with the 04/01/2019 payment |
|---|---|---|
| **Principal and/or interest** | $1,472.00 | $1,472.00 |
| **Escrow payment** | $269.31 | $261.73 |
| **Total payment amount** | $1,741.31 | $1,733.73 |

> ### No action required
> Starting **April 1, 2019** the new contractual payment amount will be **$1,733.73**

See Page 2 for additional details.

**Loan Number:**

## Part 2 - Payment calculations

You have an overage of $174.38. For the past review period, the projected amount of your escrow items was $3,140.76. For the coming year, the projected amount to be paid from your escrow is $3,140.76.

### How was the escrow payment calculated?

To determine the escrow payment, we add the projected escrow items to be paid over the next 12 months. We base these projected amounts on any escrow items that may have been paid in the past and any future anticipated payments to be made. We then divide the amounts by 12 payments to determine the escrow amount.

The chart below includes any actual escrow disbursements as well as any shortage that may have been identified for the past three analysis periods up through the date of the analysis.

### Escrow comparison

|  | 04/17 - 03/18 (Actual) | 04/18 - 03/19 (Actual) | 05/18 - 02/19 (Actual) | 04/19 - 03/20 (Projected) |  | # of months |  | New monthly escrow amount |
|---|---|---|---|---|---|---|---|---|
| **Property taxes** | $569.76 | $569.76 | $569.76 | $569.76 | ÷ | **12** | = | $47.48 |
| **Property insurance** | $2,662.00 | $2,571.00 | $2,571.00 | $2,571.00 | ÷ | **12** | = | $214.25 |
| **Total taxes and insurance** | $3,231.76 | $3,140.76 | $3,140.76 | $3,140.76 | ÷ | **12** | = | **$261.73** |
| **Total escrow** | $3,231.76 | $3,140.76 | $3,140.76 | $3,140.76 |  |  |  | $261.73 |

### Projected escrow account activity over the next 12 months

To determine if there will be a shortage or overage in the account, we calculate whether the amount of the lowest projected escrow balance will be greater or less than the required minimum balance. This is determined by subtracting the required minimum balance from the lowest projected balance. If the outcome is positive, there is an overage. If it is negative, there is a shortage. The calculation is below:

| | | |
|---|---|---|
| Lowest projected escrow balance  June, 2019 | **$697.84** | (Calculated in Part 3 - Escrow account projections table) |
| Minimum balance for the escrow account† − | **$523.46** | (Calculated as: $261.73  X 2 months) |
| **Escrow overage** = | **$174.38** | |

†The minimum balance includes a cash reserve to help cover any increase in taxes and/or insurance. To calculate the cash reserve for the escrow account, we add the yearly escrow payments, and divide by 12. We take this amount and multiply it by 2 as allowed by state laws and/or the mortgage contract to determine the cash reserve.

## Part 3 - Escrow account projections

**Escrow account projections from April, 2019 to March, 2020**

| Date | Payments to escrow | What we expect to pay out | Description | Projected escrow balance | Balance required in the account |
|---|---|---|---|---|---|
| Mar 2019 | | | Starting balance | $2,483.65 | $2,309.27 |
| Apr 2019 | $261.73 | $0.00 | | $2,745.38 | $2,571.00 |
| May 2019 | $261.73 | $0.00 | | $3,007.11 | $2,832.73 |
| Jun 2019 | $261.73 | $2,571.00 | STATE FARM INS | $697.84 | $523.46 |
| Jul 2019 | $261.73 | $0.00 | | $959.57 | $785.19 |
| Aug 2019 | $261.73 | $0.00 | | $1,221.30 | $1,046.92 |
| Sep 2019 | $261.73 | $0.00 | | $1,483.03 | $1,308.65 |
| Oct 2019 | $261.73 | $569.76 | ST CLAIR COUNTY (5) | $1,175.00 | $1,000.62 |
| Nov 2019 | $261.73 | $0.00 | | $1,436.73 | $1,262.35 |
| Dec 2019 | $261.73 | $0.00 | | $1,698.46 | $1,524.08 |
| Jan 2020 | $261.73 | $0.00 | | $1,960.19 | $1,785.81 |
| Feb 2020 | $261.73 | $0.00 | | $2,221.92 | $2,047.54 |
| Mar 2020 | $261.73 | $0.00 | | $2,483.65 | $2,309.27 |
| Totals | $3,140.76 | $3,140.76 | | | |

## Part 4 - Escrow account history

**Escrow account activity from May, 2018 to March, 2019**

| Date | Deposits to escrow Actual | Projected | Difference | Payments from escrow Actual | Projected | Difference | Description | Escrow balance Actual | Projected | Difference |
|---|---|---|---|---|---|---|---|---|---|---|
| May 2018 | | | | | | | Starting Balance | $2,662.00 | $2,662.00 | $0.00 |
| May 2018 | $269.31 | $269.31 | $0.00 | $2,571.00 | $0.00 | $2,571.00 | STATE FARM INS | $360.31 | $2,931.31 | -$2,571.00 |
| Jun 2018 | $269.31 | $269.31 | $0.00 | $0.00 | $2,662.00 | -$2,662.00 | STATE FARM INS | $629.62 | $538.62 | $91.00 |
| Jul 2018 | $269.31 | $269.31 | $0.00 | $0.00 | $0.00 | $0.00 | | $898.93 | $807.93 | $91.00 |
| Aug 2018 | $269.31 | $269.31 | $0.00 | $0.00 | $0.00 | $0.00 | | $1,168.24 | $1,077.24 | $91.00 |
| Sep 2018 | $269.31 | $269.31 | $0.00 | $0.00 | $0.00 | $0.00 | | $1,437.55 | $1,346.55 | $91.00 |
| Oct 2018 | $0.00 | $269.31 | -$269.31 | $0.00 | $0.00 | $0.00 | | $1,437.55 | $1,615.86 | -$178.31 |
| Nov 2018 | $269.31 | $269.31 | $0.00 | $569.76 | $569.76 | $0.00 | ST CLAIR COUNTY (5) | $1,137.10 | $1,315.41 | -$178.31 |
| Dec 2018 | $269.31 | $269.31 | $0.00 | $0.00 | $0.00 | $0.00 | | $1,406.41 | $1,584.72 | -$178.31 |
| Jan 2019 | $0.00 | $269.31 | -$269.31 | $0.00 | $0.00 | $0.00 | | $1,406.41 | $1,854.03 | -$447.62 |
| Feb 2019 (estimate) | $807.93 | $269.31 | $538.62 | $0.00 | $0.00 | $0.00 | | $2,214.34 | $2,123.34 | $91.00 |
| Mar 2019 (estimate) | $269.31 | $269.31 | $0.00 | $0.00 | $0.00 | $0.00 | | $2,483.65 | $2,392.65 | $91.00 |
| Totals | $2,962.41 | $2,962.41 | $0.00 | $3,140.76 | $3,231.76 | -$91.00 | | | | |

Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A. ©2018 Wells Fargo Bank, N.A. All rights reserved. NMLSR ID 399801  4/18

